No. 89–6946. TETER *v.* JONES, SUPERINTENDENT, MISSOURI TRAINING CENTER FOR MEN. C. A. 8th Cir. Certiorari denied.

No. 89–6948. GRESHAM *v.* OHIO. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 89–6949. CURRY *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 89–6951. SANDERS *v.* BORGERT ET AL. C. A. 6th Cir. Certiorari denied.

No. 89–6957. MOORE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 89–6958. FORTE *v.* BEERMAN ET AL. C. A. 1st Cir. Certiorari denied.

No. 89–6963. VAN DAAM *v.* CHRYSLER FIRST FINANCIAL SERVICES CORP. Sup. Ct. R. I. Certiorari denied.

No. 89–6968. SCIRE *v.* QUINLAN. C. A. 5th Cir. Certiorari denied.

No. 89–6969. RUSSELL *v.* MARIANI ET AL. C. A. 6th Cir. Certiorari denied.

No. 89–6970. WILLIAMS-BEY *v.* TRICKEY, DIRECTOR, DIVISION OF CLASSIFICATION AND TREATMENT, MISSOURI DEPARTMENT OF CORRECTIONS. C. A. 8th Cir. Certiorari denied.

No. 89–6978. CRAMER *v.* MARINE MIDLAND BANK. C. A. 2d Cir. Certiorari denied.

No. 89–6979. FOX *v.* UNITED STATES DEPARTMENT OF THE INTERIOR. C. A. 1st Cir. Certiorari denied.

No. 89–6980. JARALLAH *v.* PICKETT SUITE HOTEL ET AL. Ct. App. Ga. Certiorari denied.

No. 89–6981. ABBOTT *v.* PARKE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 89–6982. FULFORD *v.* SMITH, WARDEN. C. A. 5th Cir. Certiorari denied.